B6A (Official Form 6A) (12/07)

IN RE **Brown, Ethan Allen Jr.**                                                     Case No. **09-32340**
_____                              _____
                    Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **20% undivided interest in 256 acres in Troutdale, VA** | **20% undivided interest** | | **100,000.00** | **0.00** |
| **20% undivided interest in condominium at Litchfield by the Sea** | **20% undivided interest** | | **40,000.00** | **0.00** |
| **75% interest in 290 acres of unimproved land in Bethune, SC** | **Joint tenant - undivided** | | **262,500.00** | **8,723,370.28** |
| **House and 16 acres at 8521 Viking Dr., Waxhaw, NC** | **Tenancy by the Entirety** | **J** | **1,000,000.00** | **438,818.50** |
| | | **TOTAL** | **1,402,500.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Brown, Ethan Allen Jr.
_____
Debtor(s)

Case No. **09-32340**
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **U.S. Currency** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia - joint checking** | J | **1,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Appliances (1/2 value shown)** | J | **250.00** |
| | | **Bedroom furniture (1/2 value shown)** | J | **750.00** |
| | | **Computer (1/2 value shown)** | J | **50.00** |
| | | **Miscellaneous (1/2 value shown)** | J | **500.00** |
| | | **Other furniture (1/2 value shown)** | J | **1,000.00** |
| | | **TV, Stereo, DVD (1/2 value shown)** | J | **200.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous prints** | J | **500.00** |
| 6. Wearing apparel. | | **Clothing and accessories** | | **150.00** |
| 7. Furs and jewelry. | | **Wedding band and watch** | | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **3 shotguns; 1 rifle; 1 pistol** | | **2,000.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Mass Mutual - wife is beneficiary** | | **6,000.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k)** | | **180.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Brown, Ethan Allen Jr.**
_____
Debtor(s)                                                    (If known)

Case No. **09-32340**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Airstream Travel Trailer | | 15,000.00 |
| | | 2009 BMW 325 | | 40,000.00 |
| | | Small utility trailer | | 150.00 |
| 26.  Boats, motors, and accessories. | | Sea Ark 16-foot boat with 40hp outboard motor (aluminum boat) | | 5,000.00 |
| 27.  Aircraft and accessories. | | 2006 Cirrus SR GTS-FAA#N700FC | | 250,000.00 |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Brown, Ethan Allen Jr.**                                                           Case No. **09-32340**
                                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | | **Old bird dog** | | **50.00** |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | | **35 year old John Deere 950 tractor** | | **500.00** |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **John Deere Gator** | J | **500.00** |
| | | **Lawn mower** | J | **250.00** |
| | | | **TOTAL** | **324,580.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____  **1** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

ETHAN ALLEN BROWN, JR., DEBTOR

ATTACHMENT TO SCHEDULE B, #13

| NAME OF ENTITY | PERCENTAGE OF OWNERSHIP | VALUE OF INTEREST |
|---|---|---|
| 1. First Colony Corporation | 80% | -0- |
| 2. First Colony Holdings I, LLC | 50% | $100.00 |
| 3. First Colony Holdings II, LLC | 60% | -0- |
| 4. First Colony Healthcare I, LLC | 35% | -0- |
| 5. Colony Development Partners, LLC | 21.42% | $100.00 |
| 6. First Colony Land Development, LLC | 40% | -0- |
| 7. First Colony Healthcare II, LLC | 55% | unknown |
| 8. Colony Builders, Inc. | 50% | unknown |
| 9. World @ Work | 50% | unknown |
| 7. First Colony Resorts | 80% | -0- |
| 8. Colony on Morrowcroft, LLC | .076% | negative |
| 9. 2600 East 7th Street, LLC | .065% | unknown |

B6D (Official Form 6D) (12/07)

IN RE **Brown, Ethan Allen Jr.**
                Debtor(s)                                        (If known)

Case No. **09-32340**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7587** <br><br>**Bank Of America** <br>**FL9-600-02-26** <br>**P.O. Box 45224** <br>**Jacksonville, FL  32232-5224** | X | | **Lien on 2003 Airstream travel trailer** <br><br><br>VALUE $ **15,000.00** | | | | 27,912.00 | 12,912.00 |
| ACCOUNT NO. **5005** <br><br>**BMW Financial Services** <br>**Customer Service Center** <br>**P.O. Box 3608** <br>**Dublin, OH  43016-0306** | | | **Lien on 2009 BMW 325** <br><br><br>VALUE $ **40,000.00** | | | | 41,226.42 | 1,226.42 |
| ACCOUNT NO. <br><br>**Carolina First Bank** <br>**104 S. Main St.** <br>**Greenville, SC  29601** | X | | **Lien on 290 acres in Bethune, SC; Guaranteed business debt of Waterford Sound - FCLD, LLC** <br><br>VALUE $ **262,500.00** | X | X | | 8,723,370.28 | 8,460,870.28 |
| ACCOUNT NO. <br><br>**MBNA America (Deleware, N.A.)** <br>**655 Paper Mill Rd.** <br>**Wilmington, DE  19884** | X | | **Lien on 2006 Cirrus plane (FAA #N700FC) (Loan in name of FC Services, LLC)** <br><br>VALUE $ **250,000.00** | | | | 376,955.17 | 126,955.17 |

**1** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ 9,169,463.87 | $ 8,601,963.87 |
| Total (Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Brown, Ethan Allen Jr.**                                                  Case No. **09-32340**
_____                    _____
Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5931** <br><br> **Wachovia - Home Equity Line** <br> **Central Bankruptcy Dept., VA 7359** <br> **P.O. Box 13765** <br> **Roanoke, VA  24037** | X | | **2nd Deed of Trust on residence** <br><br><br> VALUE $ **1,000,000.00** | | | | **244,144.40** | |
| ACCOUNT NO. **3954** <br><br> **Wells Fargo Home Mortgage** <br> **P.O. Box 10335** <br> **Des Moines, IA  50306** | X | J | **1st Deed of Trust on residence** <br><br><br> VALUE $ **1,000,000.00** | | | | **194,674.10** | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

Sheet no. _____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **438,818.50**   $

Total
(Use only on last page)  $ **9,608,282.37**   $ **8,601,963.87**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Brown, Ethan Allen Jr.                                           Case No. **09-32340**
_____
Debtor(s)                                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brown, Ethan Allen Jr.                                                          Case No. **09-32340**
_____            _____
                          Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**320 Federal Place, Room 209**<br>**Greensboro, NC  27401** | | | Notice purposes only. | | | | 0.00 | | |
| ACCOUNT NO.<br>**NC Department Of Revenue**<br>**PO Box 25000**<br>**Raleigh, NC  27640-5000** | | | Notice purposes only. | | | | 0.00 | | |
| ACCOUNT NO.<br>**Union County Tax Collector**<br>**P.O. Box 38**<br>**Monroe, NC  28111-0038** | | | Notice purposes only. | | | | 0.00 | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $          $          $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Brown, Ethan Allen Jr.          Case No. **09-32340**

Debtor(s)               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Albert Mcaulay, Jr. Investment**<br>**1836 Pinewood Circle**<br>**Charlotte, NC  28211** | X | | Guaranteed business debt of Broadleaf - FCLD, LLC - Capital | X | X | | **162,838.77** |
| ACCOUNT NO.<br><br>**American Bank**<br>**200 W. Hwy. 6**<br>**Waco, TX  76710** | X | | Guaranteed business debt of FCHC - Legends | X | X | | **489,128.00** |
| ACCOUNT NO. **2425**<br><br>**Bank Of America - Visa**<br>**P.O. Box 15026**<br>**Wilmington, DE  19850-5026** | | | | | | | **7,811.08** |
| ACCOUNT NO. **5646**<br><br>**Bank Of America - Visa**<br>**P.O. Box 15026**<br>**Wilmington, DE  19850-5026** | | | | | | | **9,729.50** |

**8** continuation sheets attached

| | Subtotal (Total of this page) | $ **669,507.35** |
|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brown, Ethan Allen Jr.                                                     Case No. 09-32340
_____                                     _____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Barry Leshin** <br> **3107 Brassfield Rd.** <br> **Hamilton Building, #300** <br> **Greensboro, NC  27410** | X | | Guaranteed business debt of First Colony Corporation | X | X | | 250,000.00 |
| ACCOUNT NO. <br> **Bobby Hinson** <br> **4500 Cameron Valley Pkwy.** <br> **Charlotte, NC  28211** | X | | Guaranteed business debt of CDP - Hinson - Hunter Advance | X | X | | 56,995.00 |
| ACCOUNT NO. **9217** <br> **BP Chase Visa** <br> **P.O. Box 15298** <br> **Wilminton, DE  19850** | | | | | | | 21,128.84 |
| ACCOUNT NO. <br> **Brenda Wellmon** <br> **P.O. Box 7900035** <br> **Charlotte, NC  28206** | X | | Guaranteed business debt of First Colony Healthcare II, LLC | X | X | | 500,000.00 |
| ACCOUNT NO. <br> **Broyhill-Harrington, LLC** <br> **P.O. Box 500** <br> **Lenoir, NC  28645** | X | | Guaranteed business debt of First Colony Corporation | X | X | | 693,573.00 |
| ACCOUNT NO. **0070** <br> **Cabela's** <br> **WFB Visa Center** <br> **P.O. Box 82608** <br> **Lincoln, NE  68501-2608** | | | | | | | 1,941.09 |
| ACCOUNT NO. <br> **Carlos H. Ulloa And Laurice V. Ulloa** <br> **4705 Savings Pl., #450** <br> **Charlotte, NC  28210** | X | | Guaranteed business debt of First Colony Corporation | X | X | | 400,000.00 |

Sheet no. _____**1**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 1,923,637.93

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brown, Ethan Allen Jr.                                                Case No. 09-32340
_____                                    _____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chris Jewel<br>634 Hampshire Hill Rd.<br>Matthews, NC  28105 | X | | Guaranteed business debt of First Colony Healthcare II, LLC | X | X | | 100,000.00 |
| ACCOUNT NO.<br>David And Trina Ridenhour<br>13913 Dovehunt Pl.<br>Charlotte, NC  28277 | X | | Guaranteed business debt of First Colony Healthcare II, LLC | X | X | | 300,000.00 |
| ACCOUNT NO.<br>David Kossove<br>1145 Crestbrook Dr.<br>Charlotte, NC  28211 | X | | Guaranteed business debt of CDP - Kossove Hunter Advance | X | X | | 45,000.00 |
| ACCOUNT NO.<br>Douglas Dinella<br>4125 N. Greenview Ave.<br>Chicago, IL  60613 | X | | Guaranteed business debt of First Colony Corporation | X | X | | 500,000.00 |
| ACCOUNT NO.<br>Dr. Barry Welborne | | | Notice purposes only. | | | | 0.00 |
| ACCOUNT NO.<br>Dr. William Sugg<br>4100 Waxhaw/Marvin Rd.<br>Waxhaw, NC  28173 | X | | Guaranteed business debt of First Colony Corporation | X | X | | 715,339.81 |
| ACCOUNT NO.<br>Ed Via<br>11780 Bondurant Dr.<br>Richmond, VA  23236 | X | | Guaranteed business debt of First Colony Corporation | X | X | | 250,000.00 |

Sheet no. ____2____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,910,339.81

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Ethan Allen Jr.**                                          Case No. **09-32340**

Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Emma Dean Wilson Via 29 Goose Meadow Ct. Fishersville, VA 22939** | X | | Guaranteed business debt of First Colony Healthcare II, LLC | X | X | | 190,000.00 |
| ACCOUNT NO. **Fifth Third Bank 6310 Fairview Rd. Charlotte, NC 28210** | X | | Guaranteed business debt of Broadleaf - FCLD, LLC | X | X | | 3,750,000.00 |
| ACCOUNT NO. **Fifth Third Bank 6310 Fairview Rd. Charlotte, NC 28210** | X | | Guaranteed business debt of Nixon Road | X | X | | 898,343.72 |
| ACCOUNT NO. **Fifth Third Bank 230 Public Square MD U37051 Franklin, TN 37064** | X | | Guaranteed business debt of FCHC - Iredell, LLC | X | X | | 5,391,982.00 |
| ACCOUNT NO. **Fifth Third Bank 230 Public Square MD U37051 Franklin, TN 37064** | X | | Guaranteed business debt of FCHC - Bedford, LLC | X | X | | 4,374,211.47 |
| ACCOUNT NO. **Fifth Third Bank 6310 Fairview Rd. Charlotte, NC 28210** | X | | Guaranteed business debt of First Colony Corporation | X | X | | 160,091.00 |
| ACCOUNT NO. **First Tennessee Bank, N.A. 12150 Monument Dr., #500 Fairfax, VA 22033** | X | | Guaranteed business debt of FCHC Greenway Commons Land, LLC | X | X | | 1,142,790.90 |

Sheet no. _____**3**___ of _____**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,907,419.09**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brown, Ethan Allen Jr. _____   Case No. 09-32340
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Tennessee Bank, N.A.**<br>**12150 Monument Dr., #500**<br>**Fairfax, VA 22033** | X | | **Guaranteed business debt of FCHC Greenway Commons, LLC** | X | X | | **4,930,133.00** |
| ACCOUNT NO.<br>**First Trust Bank**<br>**1420 E. 3rd St.**<br>**Charlotte, NC 28204** | X | | **Guaranteed business debt of First Colony Healthcare, LLC** | X | X | | **250,000.00** |
| ACCOUNT NO.<br>**First Trust Bank**<br>**1420 E. 3rd St.**<br>**Charlotte, NC 28204** | X | | **Guaranteed business debt of Colony Development Partners, LLC** | X | X | | **1,035,000.00** |
| ACCOUNT NO.<br>**George A. McElveen, III**<br>**P.O. Box 6127**<br>**Charlotte, NC 28207** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | **200,000.00** |
| ACCOUNT NO.<br>**George Maloomian**<br>**1043 E. Morehead St., #202**<br>**Charlotte, NC 28204** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | **345,000.00** |
| ACCOUNT NO.<br>**George Sella**<br>**P.O. Box 397**<br>**Newton, NJ 07860** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | **250,000.00** |
| ACCOUNT NO.<br>**Heidi Wilson**<br>**C/O Rick Rayburn**<br>**227 W. Trade St., Ste. 1200**<br>**Charlotte, NC 28202** | X | | **Guaranteed business debt of First Colony Corporation** | | | X | **0.00** |

Sheet no. ____4____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,010,133.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brown, Ethan Allen Jr.                                        Case No. 09-32340
_____                    _____
            Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Heidi Wilson<br>2634 Flintgrove Dr.<br>Charlotte, NC 28226 | X | | Guaranteed business debt of First Colony Corporation | | | X | 455,000.00 |
| ACCOUNT NO.<br>Herb Spaugh<br>6101 Carnegie Blvd., #400<br>Charlotte, NC 28209 | X | | Guaranteed business debt of First Colony Healthcare II, LLC | X | X | | 100,000.00 |
| ACCOUNT NO.<br>John And Margaret Hazelhurst<br>11 Deerfield Rd.<br>Asheville, NC 28803 | X | | Guaranteed business debt of First Colony Corporation | X | X | | 50,000.00 |
| ACCOUNT NO.<br>John Hazelhurst<br>11 Deerfield Rd.<br>Asheville, NC 28803 | X | | Guaranteed business debt of First Colony Corporation | X | X | | 100,000.00 |
| ACCOUNT NO.<br>Key Bank<br>1200 Abernathy Rd., NE #1550<br>Atlanta, GA 30328 | X | | Guaranteed business debt of Colony @ Williams Pond, LLC | X | X | | 2,046,133.59 |
| ACCOUNT NO.<br>Lyndell D. Thompson<br>5817 Lebanon Rd.<br>Charlotte, NC 28227 | X | | Guaranteed business debt of First Colony Healthcare II, LLC | X | X | | 100,000.00 |
| ACCOUNT NO.<br>Meredith D. Stoever<br>605 Hermitage Ct.<br>Charlotte, NC 28207 | X | | Guaranteed business debt of First Colony Land Development | X | X | | 100,000.00 |

Sheet no. __5__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 2,951,133.59

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Ethan Allen Jr.**                                          Case No. **09-32340**
_____                              _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Meredith D. Stoever**<br>**605 Hermitage Ct.**<br>**Charlotte, NC  28207** | X | | **Guaranteed business debt of First Colony Land Development** | X | X | | 100,000.00 |
| ACCOUNT NO.<br>**Meredith D. Stoever**<br>**605 Hermitage Ct.**<br>**Charlotte, NC  28207** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 40,000.00 |
| ACCOUNT NO.<br>**New Dominion Bank**<br>**1051 E. Morehead St., #200**<br>**Charlotte, NC  28204** | X | | **Guaranteed business debt of Bethesda Oaks - FCLD, LLC** | X | X | | 2,655,041.00 |
| ACCOUNT NO.<br>**Paragon Commerical Bank**<br>**4725 Piedmont Row, #200**<br>**Charlotte, NC  28210** | X | | **Guaranteed business debt of Rosegate - FCLD, LLC** | X | X | | 3,099,814.02 |
| ACCOUNT NO.<br>**Regions Bank**<br>**Vinings Smyma**<br>**1650 Cumberland Pkwy., SE**<br>**Smyma, GA  30080** | X | | **Guaranteed business debt of First Colony Resorts (Pender County)** | X | X | | 12,233,319.00 |
| ACCOUNT NO.<br>**Robert Banks Via**<br>**29 Goose Meadow Ct.**<br>**Fishersville, VA  22939** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | 190,000.00 |
| ACCOUNT NO.<br>**Russell Skaling**<br>**5100 Charmapeg Ave.**<br>**Charlotte, NC  28211** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | 175,000.00 |

Sheet no. _____**6**___ of _____**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,493,174.02**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brown, Ethan Allen Jr.                                          Case No. 09-32340
_____          _____
              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Sona Bank** **230 Court Square, #102** **Charlottesville, VA  22902** | X | | **Guaranteed business debt of Vineyard Estates - A & D #1** | X | X | | 7,843,794.23 |
| ACCOUNT NO. **Sona Bank** **230 Court Square, #102** **Charlottesville, VA  22902** | X | | **Guaranteed business debt of Vineyard Estates - Lot #5 - Const. Loan** | X | X | | 3,600,000.00 |
| ACCOUNT NO. **SunTrust Bank** **101 S. Kings Dr.** **Charlotte, NC  28204** | X | | **Guaranteed business debt of 7825 Ballantyne Cmns. Pky., LLC** | X | X | | 2,983,365.54 |
| ACCOUNT NO. **Timothy And Phyllis Reid** **641 Hwy. 274** **Lake Wylie, NC  29710** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 500,000.00 |
| ACCOUNT NO. **Timothy And Phyllis Reid** **641 Hwy. 274** **Lake Wylie, NC  29710** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 200,000.00 |
| ACCOUNT NO. **Trilogy Capital Partners, LLC** **101 N. Tryon St., #1900** **Charlotte, NC  28246** | X | | **Guaranteed business debt of First Colony Land Development** | X | X | | 600,000.00 |
| ACCOUNT NO. **Trilogy Capital Partners, LLC** **101 N. Tryon St., #1900** **Charlotte, NC  28246** | X | | **Guaranteed business debt of Waterford Sound - FCLD, LLC** | X | X | | 744,716.93 |

Sheet no. _____**7**__ of _____**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 16,471,876.70

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Ethan Allen Jr.**                                    Case No. **09-32340**
_____                              _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Trilogy Capital Partners, LLC And George Bishop III Revocable Trust 101 N. Tryon St., #1900 Charlotte, NC 28246** | X | | Guaranteed business debt of Waterford Sound - FCLD, LLC | X | X | | 6,120,000.00 |
| ACCOUNT NO. **Trilogy Capital Partners, LLC And George Bishop III Revocable Trust 101 N. Tryon St., #1900 Charlotte, NC 28246** | X | | Guaranteed business debt of Waterford Sound - FCLD, LLC | X | X | | 2,500,000.00 |
| ACCOUNT NO. **1549 USAA Credit Card Resolution Services P.O. Box 34894 San Antonio, TX 78265** | | | | | | | 1,137.50 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **8** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,621,137.50**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **73,958,358.99**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Brown, Ethan Allen Jr.**                                          Case No. **09-32340**
_____
        Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **7825 Ballantyne Cmns. Pky., LLC** | **SunTrust Bank**<br>**101 S. Kings Dr.**<br>**Charlotte, NC  28204** |
| **Bethesda Oaks - FCLD, LLC** | **New Dominion Bank**<br>**1051 E. Morehead St., #200**<br>**Charlotte, NC  28204** |
| **Broadleaf - FCLD, LLC** | **Fifth Third Bank**<br>**6310 Fairview Rd.**<br>**Charlotte, NC  28210** |
| | **Albert Mcaulay, Jr. Investment**<br>**1836 Pinewood Circle**<br>**Charlotte, NC  28211** |
| **CDP - Hinson - Hunter Advance** | **Bobby Hinson**<br>**4500 Cameron Valley Pkwy.**<br>**Charlotte, NC  28211** |
| **CDP - Kossove Hunter Advance** | **David Kossove**<br>**1145 Crestbrook Dr.**<br>**Charlotte, NC  28211** |
| **Charles Campbell** | **Bank Of America**<br>**FL9-600-02-26**<br>**P.O. Box 45224**<br>**Jacksonville, FL  32232-5224** |
| | **MBNA America (Deleware, N.A.)**<br>**655 Paper Mill Rd.**<br>**Wilmington, DE  19884** |
| **Colony @ Williams Pond, LLC** | **Key Bank**<br>**1200 Abernathy Rd., NE #1550**<br>**Atlanta, GA  30328** |
| **Colony Development Partners, LLC** | **First Trust Bank**<br>**1420 E. 3rd St.**<br>**Charlotte, NC  28204** |
| **FCHC - Bedford, LLC** | **Fifth Third Bank**<br>**230 Public Square**<br>**MD U37051**<br>**Franklin, TN  37064** |
| **FCHC - Iredell, LLC** | **Fifth Third Bank**<br>**230 Public Square**<br>**MD U37051**<br>**Franklin, TN  37064** |
| **FCHC - Legends** | **American Bank**<br>**200 W. Hwy. 6**<br>**Waco, TX  76710** |
| **FCHC Greenway Commons Land, LLC** | **First Tennessee Bank, N.A.**<br>**12150 Monument Dr., #500**<br>**Fairfax, VA  22033** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Brown, Ethan Allen Jr.                                                    Case No. **09-32340**
_____                                    _____
            Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **FCHC Greenway Commons, LLC** | **First Tennessee Bank, N.A.**<br>12150 Monument Dr., #500<br>Fairfax, VA  22033 |
| **First Colony Corporation** | **Fifth Third Bank**<br>6310 Fairview Rd.<br>Charlotte, NC  28210 |
|  | **Barry Leshin**<br>3107 Brassfield Rd.<br>Hamilton Building, #300<br>Greensboro, NC  27410 |
|  | **Carlos H. Ulloa And Laurice V. Ulloa**<br>4705 Savings Pl., #450<br>Charlotte, NC  28210 |
|  | **George A. McElveen, III**<br>P.O. Box 6127<br>Charlotte, NC  28207 |
|  | **John Hazelhurst**<br>11 Deerfield Rd.<br>Asheville, NC  28803 |
|  | **John And Margaret Hazelhurst**<br>11 Deerfield Rd.<br>Asheville, NC  28803 |
|  | **Timothy And Phyllis Reid**<br>641 Hwy. 274<br>Lake Wylie, NC  29710 |
|  | **Meredith D. Stoever**<br>605 Hermitage Ct.<br>Charlotte, NC  28207 |
|  | **Heidi Wilson**<br>C/O Rick Rayburn<br>227 W. Trade St., Ste. 1200<br>Charlotte, NC  28202 |
|  | **George Maloomian**<br>1043 E. Morehead St., #202<br>Charlotte, NC  28204 |
|  | **Douglas Dinella**<br>4125 N. Greenview Ave.<br>Chicago, IL  60613 |
|  | **Broyhill-Harrington, LLC**<br>P.O. Box 500<br>Lenoir, NC  28645 |
|  | **George Sella**<br>P.O. Box 397<br>Newton, NJ  07860 |
|  | **Timothy And Phyllis Reid** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Brown, Ethan Allen Jr.**

Debtor(s)

Case No. **09-32340**

(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 641 Hwy. 274<br>Lake Wylie, NC  29710 |
| | Ed Via<br>11780 Bondurant Dr.<br>Richmond, VA  23236 |
| | Heidi Wilson<br>2634 Flintgrove Dr.<br>Charlotte, NC  28226 |
| | Dr. William Sugg<br>4100 Waxhaw/Marvin Rd.<br>Waxhaw, NC  28173 |
| **First Colony Healthcare II, LLC** | Emma Dean Wilson Via<br>29 Goose Meadow Ct.<br>Fishersville, VA  22939 |
| | Lyndell D. Thompson<br>5817 Lebanon Rd.<br>Charlotte, NC  28227 |
| | Robert Banks Via<br>29 Goose Meadow Ct.<br>Fishersville, VA  22939 |
| | Herb Spaugh<br>6101 Carnegie Blvd., #400<br>Charlotte, NC  28209 |
| | Brenda Wellmon<br>P.O. Box 7900035<br>Charlotte, NC  28206 |
| | Chris Jewel<br>634 Hampshire Hill Rd.<br>Matthews, NC  28105 |
| | David And Trina Ridenhour<br>13913 Dovehunt Pl.<br>Charlotte, NC  28277 |
| | Russell Skaling<br>5100 Charmapeg Ave.<br>Charlotte, NC  28211 |
| **First Colony Healthcare, LLC** | First Trust Bank<br>1420 E. 3rd St.<br>Charlotte, NC  28204 |
| **First Colony Land Development** | Meredith D. Stoever<br>605 Hermitage Ct.<br>Charlotte, NC  28207 |
| | Meredith D. Stoever<br>605 Hermitage Ct.<br>Charlotte, NC  28207 |
| | Trilogy Capital Partners, LLC<br>101 N. Tryon St., #1900 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Brown, Ethan Allen Jr.**
_____
Debtor(s)

Case No. **09-32340**
_____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Charlotte, NC  28246 |
| **First Colony Resorts (Pender County)** | **Regions Bank**<br>**Vinings Smyma**<br>**1650 Cumberland Pkwy., SE**<br>**Smyma, GA  30080** |
| **Jane Brown**<br>**8521 Viking Dr.**<br>**Waxhaw, NC  28173** | **Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA  50306** |
| | **Wachovia - Home Equity Line**<br>**Central Bankruptcy Dept., VA 7359**<br>**P.O. Box 13765**<br>**Roanoke, VA  24037** |
| **Joe Polite** | **MBNA America (Deleware, N.A.)**<br>**655 Paper Mill Rd.**<br>**Wilmington, DE  19884** |
| **Nixon Road** | **Fifth Third Bank**<br>**6310 Fairview Rd.**<br>**Charlotte, NC  28210** |
| **Rosegate - FCLD, LLC** | **Paragon Commerical Bank**<br>**4725 Piedmont Row, #200**<br>**Charlotte, NC  28210** |
| **Vineyard Estates - A & D #1** | **Sona Bank**<br>**230 Court Square, #102**<br>**Charlottesville, VA  22902** |
| **Vineyard Estates - Lot #5 Const Loan** | **Sona Bank**<br>**230 Court Square, #102**<br>**Charlottesville, VA  22902** |
| **Waterford Sound - FCLD, LLC** | **Carolina First Bank**<br>**104 S. Main St.**<br>**Greenville, SC  29601** |
| | **Trilogy Capital Partners, LLC And**<br>**George Bishop III Revocable Trust**<br>**101 N. Tryon St., #1900**<br>**Charlotte, NC  28246** |
| | **Trilogy Capital Partners, LLC**<br>**101 N. Tryon St., #1900**<br>**Charlotte, NC  28246** |
| | **Trilogy Capital Partners, LLC And**<br>**George Bishop III Revocable Trust**<br>**101 N. Tryon St., #1900**<br>**Charlotte, NC  28246** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Brown, Ethan Allen Jr.** _____    Case No. **09-32340** _____
Debtor(s)                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**29** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October  6, 2009** _____     Signature: _**/s/ Ethan A. Brown, Jr.**_ _____
**Ethan A. Brown, Jr.**                                          Debtor

Date: _____     Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

### United States Bankruptcy Court
### Western District of North Carolina

IN RE:                                             Case No. **09-32340**

**Brown, Ethan Allen Jr.**                                  Chapter **11**

                            Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐   including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT    SOURCE
        0.00    2009 - $101,250.00 - Colony Management, Inc.
               2008 - Return being prepared
               2007 - $81,967.00 - First Colony Corporation

---

**2. Income other than from employment or operation of business**

None   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☐   **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT    SOURCE
        0.00    2008 - Return being prepared
               2007 - IRA distributions - $119,200.00
               Business Income - $515,205.00
               Capital Gains - $109,959.00
               Investment losses - ($837,923.00)
               Interest - $21,340.00

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA  50306** | **8/3/09 - $2180.23;  8/24/09 - $2180.23** | **4,360.46** | **196,674.10** |

None ☐  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA  50306** | **8/3/09 - $2180.23; 8/24/09 - $2180.23** | **4,360.46** | **194,674.10** |
| **USAA Credit Card Resolution Services**<br>**P.O. Box 34894**<br>**San Antonio, TX  78265** | **8/3/09 - $1182.00;  8/24/09 - $1137.00** | **2,319.00** | **1,137.50** |
| **Cabela's**<br>**WFB Visa Center**<br>**P.O. Box 82608**<br>**Lincoln, NE  68501-2608** | **8/3/09 - $1080.76;  8/29/09 - $1941.09** | **3,021.85** | **1,941.09** |
| **Bank Of America**<br>**FL9-600-02-26**<br>**P.O. Box 45224**<br>**Jacksonville, FL  32232** | **7/7/09 - $450.40;  8/10/09 - $450.40** | **900.80** | **12,912.00** |
| **BP Chase Visa**<br>**P.O. Box 15298**<br>**Wilminton, DE  19850** | **7/18/09 - $1000.00** | **1,000.00** | **21,128.84** |
| **BMW Financial Services**<br>**Customer Service Center**<br>**P.O. Box 3608**<br>**Dublin, OH  43016-0306** | **8/3/09 - $778.45;  8/29/09 - $778.45** | **1,556.90** | **41,226.42** |
| **FC Services**<br>**Charles Campbell And Joe Polite** | **Cirrus Airplane - 7/14/09 - $3060.00;**<br>**8/3/09 - $1500.00;  8/19/09 - $2500.00** | **7,060.00** | **376,955.17** |

None ☑  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See attachment** | | | |

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Beth Schumacher** | **Daughter** | **24 August 09** | **$1,000.00 (to help pay bills)** |

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **R. Keith Johnson**<br>**1275 Hwy. 16 S.**<br>**Stanley, NC  28164**<br><br>**$10,000.00 retainer to include filing fees** | **August 31, 2009** | **$10,000.00 retainer (to include filing fees)** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **BMW Financial Services**<br>**Customer Service Center**<br>**P.O. Box 3608**<br>**Dublin, OH  43016-0306** | **April, 2009** | **Debtor traded in a 1999 Mercedes E300 and 2004 Porsch Cayenne (subject to lien) as down payment on 2009 BMW.** |
| **E.A. Brown, III**<br>**Son** | **30 April 09** | **2000 Ford Excursion - $5,000.00** |
| **Colony Builders, Inc.**<br>**Insider** | **7 August 09** | **2008 Ford F-250 - $27,000.00 ($14,686.00 net)** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **401(K) Account** | **401(k) account;** | **Closed early 2009;  Funds used for business** |
| **TW Waterhouse** | **Stock account** | **Liquidated 2009 and used for business** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Colony Builders, Inc.** | **2008 Ford F-250 truck;  $27,000.00** | **Residence** |

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **First Colony Corporation - 80%** | | **Charlotte, NC** | **Real estate development** | |
| **First Colony Holdings I, LLC - 50%** | | **Charlotte, NC** | **Real estate development** | |
| **First Colony Holdings II, LLC - 60%** | | **Charlotte, NC** | **Real estate development** | |
| **First Colony Healthcare I, LLC - 35%** | | **Charlotte, NC** | **Real estate development** | |
| **Colony Developmnt Partners, LLC - 21.42%** | | **Charlotte, NC** | **Real estate development** | |
| **First Colony Land Development, LLC-40%** | | **Charlotte, NC** | **Real estate development** | |
| **First Colony Healthcare II, LLC - 55%** | | **Charlotte, NC** | **Real estate development** | |
| **Colony Builders, Inc. - 50%** | | **Charlotte, NC** | **Construction** | |
| **World @ Work - 50%** | | **Charlotte, NC** | | |
| **First Colony Resorts - 80%** | | **Charlotte, NC** | **Real estate development** | |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **October  6, 2009**      Signature   ***/s/ Ethan A. Brown, Jr.***
           of Debtor                                       **Ethan A. Brown, Jr.**

Date: _____      Signature _____
           of Joint Debtor
           (if any)

_____ **1** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**ETHAN ALLEN BROWN, JR.**
**CASE NO. 09-32340**

**STATEMENT OF FINANCIAL AFFAIRS**

**ATTACHMENT TO # 4(a)**

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Carolina First Bank vs. Waterford Sound-FCLD, LLC, E. Allen Brown, Jr., Cynthia B. McCrory, et al.; 09-CP-31-169 | Foreclosure | Lee County, SC, Court of Common Pleas | Matter filed 8/18/09 |
| Douglas C. Dinnella vs. First Colony Corporation, E. Allen Brown, Jr. and Cynthia B. McCrory; 09-CVS-7638 | Collection | Mecklenburg County Superior Court | In discovery |
| Trilogy Capital Partners, LLC, et al. vs. Joseph F. Polite, Jr. vs. First Colony Land Development, LLC, E. Allen Brown, Jr., Cynthia B. McCrory, et al.; 09-CVS-7241 | Third Party Complaint | Mecklenburg County Superior Court | |
| Paragon Commercial Bank vs. Rosegate-FCLD, LLC, Cynthia B. McCrory, E. Allen Brown, Jr., et al.; 09-CVS-10950 | Collection | Mecklenburg County Superior Court | |
| Meredith D. Stoever vs. First Colony Corporation, E. Allen Brown, Jr., Cynthia B. McCrory; 09-CVS-14333 | Collection | Mecklenburg County Superior Court | |
| Fifth Third Bank vs. Ethan Allen Brown, Jr. and First Colony Corporation 09-CVS-14127 | Collection | Mecklenburg County Superior Court | Answer due |

**United States Bankruptcy Court**
**Western District of North Carolina**

IN RE:                                                     Case No. **09-32340**

**Brown, Ethan Allen Jr.**                                 Chapter **11**
<span style="padding-left:4em">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October  6, 2009**          Signature: **/s/ Ethan A. Brown, Jr.**
<span style="padding-left:10em">**Ethan A. Brown, Jr.**</span><span style="float:right">Debtor</span>


Date: _____     Signature: _____
<span style="float:right">Joint Debtor, if any</span>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Albert Mcaulay, Jr. Investment
1836 Pinewood Circle
Charlotte, NC  28211


American Bank
200 W. Hwy. 6
Waco, TX  76710


Bank Of America
FL9-600-02-26
P.O. Box 45224
Jacksonville, FL  32232-5224


Bank Of America - Visa
P.O. Box 15026
Wilmington, DE  19850-5026


Barry Leshin
3107 Brassfield Rd.
Hamilton Building, #300
Greensboro, NC  27410


BMW Financial Services
Customer Service Center
P.O. Box 3608
Dublin, OH  43016-0306


Bobby Hinson
4500 Cameron Valley Pkwy.
Charlotte, NC  28211


BP Chase Visa
P.O. Box 15298
Wilminton, DE  19850

Brenda Wellmon
P.O. Box 7900035
Charlotte, NC  28206


Broyhill-Harrington, LLC
P.O. Box 500
Lenoir, NC  28645


C. Michael Wilson, Esq.
Barrister Place, Ste. 110
216 N. McDowell St.
Charlotte, NC  28204


Cabela's
WFB Visa Center
P.O. Box 82608
Lincoln, NE  68501-2608


Carlos H. Ulloa And Laurice V. Ulloa
4705 Savings Pl., #450
Charlotte, NC  28210


Carolina First Bank
104 S. Main St.
Greenville, SC  29601


Chris Jewel
634 Hampshire Hill Rd.
Matthews, NC  28105


David And Trina Ridenhour
13913 Dovehunt Pl.
Charlotte, NC  28277

David Kossove
1145 Crestbrook Dr.
Charlotte, NC  28211


Douglas Dinella
4125 N. Greenview Ave.
Chicago, IL  60613


Dr. William Sugg
4100 Waxhaw/Marvin Rd.
Waxhaw, NC  28173


Ed Via
11780 Bondurant Dr.
Richmond, VA  23236


Emma Dean Wilson Via
29 Goose Meadow Ct.
Fishersville, VA  22939


Fifth Third Bank
6310 Fairview Rd.
Charlotte, NC  28210


Fifth Third Bank
230 Public Square
MD U37051
Franklin, TN  37064


First Tennessee Bank, N.A.
12150 Monument Dr., #500
Fairfax, VA  22033


First Trust Bank
1420 E. 3rd St.
Charlotte, NC  28204

George A. McElveen, III
P.O. Box 6127
Charlotte, NC  28207


George Maloomian
1043 E. Morehead St., #202
Charlotte, NC  28204


George Sella
P.O. Box 397
Newton, NJ  07860


Heidi Wilson
C/O Rick Rayburn
227 W. Trade St., Ste. 1200
Charlotte, NC  28202


Heidi Wilson
2634 Flintgrove Dr.
Charlotte, NC  28226


Henry N. Pharr, III, Esq.
2600 One Wachovia Center
301 S. College St.
Charlotte, NC  28202


Herb Spaugh
6101 Carnegie Blvd., #400
Charlotte, NC  28209


Internal Revenue Service
320 Federal Place, Room 209
Greensboro, NC  27401

Irene P. King
James, McElroy & Diehl
600 S. College St.
Charlotte, NC  28202


Jameson P. Wells
Wells Daisley Rabon, P.A.
1616 Cleveland Ave.
Charlotte, NC  28203


Jane Brown
8521 Viking Dr.
Waxhaw, NC  28173


John And Margaret Hazelhurst
11 Deerfield Rd.
Asheville, NC  28803


John Hazelhurst
11 Deerfield Rd.
Asheville, NC  28803


Key Bank
1200 Abernathy Rd., NE #1550
Atlanta, GA  30328


Lloyd F. Baucom
Baucom, Claytor, Benton, Morgan & Wood
P.O. Box 35246
Charlotte, NC  28235


Lyndell D. Thompson
5817 Lebanon Rd.
Charlotte, NC  28227

M. Heath Gilbert, Jr.
Baucom, Claytor, Benton, Morgan & Wood
P.O. Box 35246
Charlotte, NC  28235


MBNA America (Deleware, N.A.)
655 Paper Mill Rd.
Wilmington, DE  19884


Meredith D. Stoever
605 Hermitage Ct.
Charlotte, NC  28207


NC Department Of Revenue
PO Box 25000
Raleigh, NC  27640-5000


New Dominion Bank
1051 E. Morehead St., #200
Charlotte, NC  28204


Paragon Commerical Bank
4725 Piedmont Row, #200
Charlotte, NC  28210


Regions Bank
Vinings Smyma
1650 Cumberland Pkwy., SE
Smyma, GA  30080


Richard B. Fennell
James, McElroy & Diehl
600 S. College St.
Charlotte, NC  28202

Robert Banks Via
29 Goose Meadow Ct.
Fishersville, VA  22939


Russell Skaling
5100 Charmapeg Ave.
Charlotte, NC  28211


Sona Bank
230 Court Square, #102
Charlottesville, VA  22902


Stephen D. Allred
Mcguire Woods
100 N. Tryon St., Ste. 2900
Charlotte, NC  28202


SunTrust Bank
101 S. Kings Dr.
Charlotte, NC  28204


Timothy And Phyllis Reid
641 Hwy. 274
Lake Wylie, NC  29710


Tracy T. Vann
Hamilton Martens Ballou & Sipe, LLC
P.O. Box 10940
Rock Hill, SC  29730


Trilogy Capital Partners, LLC
101 N. Tryon St., #1900
Charlotte, NC  28246

```
Trilogy Capital Partners, LLC And
George Bishop III Revocable Trust
101 N. Tryon St., #1900
Charlotte, NC  28246


Union County Tax Collector
P.O. Box 38
Monroe, NC  28111-0038


USAA Credit Card Resolution Services
P.O. Box 34894
San Antonio, TX  78265


Wachovia - Home Equity Line
Central Bankruptcy Dept., VA 7359
P.O. Box 13765
Roanoke, VA  24037


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA  50306
```

**United States Bankruptcy Court**
**Western District of North Carolina**

IN RE:                                                                Case No. **09-32340** _____

**Brown, Ethan Allen Jr.** _____   Chapter **11** _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**350.00/hr**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**10,105.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor    ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

|                                   CERTIFICATION                                    |
| :--- |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

_____       _/s/ R. Keith Johnson_ _____
     **October  6, 2009**               **R. Keith Johnson 8840**
          Date                          **R. Keith Johnson, P.A.**
                                        **1275 Hwy. 16 South**
                                        **Stanley, NC  28164**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only