<u>EXPLANATION OF AMENDED DOCUMENTS</u>:

The Debtor herein amends Schedules 'A' and 'B', and the Statement of Financial Affairs, as relates to property in Troutdale, VA. The property was previously reported as being owned by the Debtor holding a 20% undivided interest. In reality, title to the property is held by an entity known as Troutdale Associates, LLC. Schedule 'A' was amended to remove the ownership interest from Schedule 'A', and Schedule 'B' was amended to show the ownership interest in Troutdale Associates, LLC. Similarly, Statement of Financial Affairs #18 was amended to show the interest in Troutdale Associates, LLC.

This the 21st day of January, 2010.

*/s/ R. Keith Johnson*
R. KEITH JOHNSON
Attorney for Debtor (#8840)
1275 Hwy. 16 S.
Stanley, NC 28164
(704) 827-4200