FILED & JUDGMENT ENTERED
Steven T. Salata

Nov 10 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:
ETHAN ALLEN BROWN, JR.                CASE NO. 09-32340
                                          (Chapter 7)
        Debtor.

### ORDER FOR FUNDS TO BE PAID TO REGISTRY ACCOUNT

**THIS CAUSE**, coming on to be heard and being heard before the undersigned United States Bankruptcy Judge, upon the application of the trustee herein, for authority to pay funds remaining in the estate account of the debtor in the amount of $4767.61 to the Registry Account of the Bankruptcy Court; and it appearing to the Court that pursuant to an Order that the trustee forwarded a check to Douglas C. Dinnella, c/o Nexsen Pruet, PLLC, POB 3463, Greensboro, NC 27402 the last known address of the creditor, in the amount of $4767.61. representing the pro rata share due this unsecured creditor on his claim as allowed by this Court; and it further appearing to the Court that this check contained the statement that it would be void if not presented for payment within ninety (90) days; and it further appearing to the Court that this check has not been presented for payment or it has been returned marked "Undeliverable as addressed, unable to forward" and that these funds should now be paid to the Registry Account of the Bankruptcy Court.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the trustee be, and he hereby is, authorized and directed to pay the sum of $4767.61 representing the funds remaining in this estate to the Registry Account of the Bankruptcy Court upon the failure of Douglas C. Dinnella to present its disbursement for payment within the allowed time or upon inability of trustee to locate Douglas C. Dinnella.

This Order has been signed           United States Bankruptcy Court
electronically. The judge's
signature and court's seal
appear at the top of the Order.