

J. Craig Whitley
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Ethan Allen Brown, JR. ) | |
| ) | Case No. 09-32340 |
| ) | Chapter 7 |
| Debtor(s). ) | |
| _____ ) | |

## ORDER TO DEPOSIT FUNDS WITH THE COURT

**THIS CAUSE** coming on to be heard and being heard before the undersigned United States Bankruptcy Judge, and it appearing that there is now $1.19 and $0.41 in the trustee's account which would be disbursed to the claimants listed below at the addresses listed below; however, said amount being less than $5.00, and it therefore being in the best interest of this estate for this amount to be paid into the court pursuant to Bankruptcy Rule 3010 and to be disposed of pursuant to 28 U.S.C. § 2042;

| Claimant Names & Addresses | Amount |
|---|---|
| Cabela's<br>WFB Visa Center<br>P.O. Box 82608<br>Lincoln, NE 68501-2608 | $1.19 |
| GE Money Bank dba Lowes BRC<br>Recovery Management Systems Corp.<br>For GE Money Bank<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131 | $0.41 |

It is therefore, **ORDERED** that the sum of $1.19 and $0.41 be paid into the court pursuant to Bankruptcy Rule 3010 and disposed of pursuant to 28 U.S.C. § 2042.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**